DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**Y.D.,** the Mother, and
**T.C.,** the Father**,**
Appellants,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,** and
**STATEWIDE GUARDIAN AD LITEM OFFICE,**
Appellees.

Nos. 4D23-182 and 4D23-279

[June 15, 2023]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 50-2020-DP-000839-XXXX-MB.

Ilene F. Tuckfield of Ilene F. Tuckfield, P.A., Coral Gables, for appellant Y.D., the Mother.

Andrew A. Holness of the Law Offices of Andrew A. Holness, P.A., West Palm Beach, for appellant T.C., the Father.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division of the Statewide Guardian ad Litem Office, Tallahassee, for appellee Statewide Guardian ad Litem Office.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***